UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

VERNON STANCUNA

VS

TOWN OF WALLINGFORD;
PATROL OFFICER VINCENT ANASTASIO;
LT. STEPHEN JAQUES;
DET. MICHAEL FRIELLO; and
SGT. BRIAN NOWEK

OCT 16 2025 AM 11:49
FILED-USDC-CT-HARTFORD

OCTOBER 16, 2025

## COMPLAINT

COUNT ONE: (First Amendment Violation)

1. This is an action of redress of the deprivation of the rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. This Court has jurisdiction over Plaintiff's federal claim under 28 U.S.C. §§ 1331 and 1343. The Court has supplemental jurisdiction over Plaintiff's third claim, which are based on state law, under 28 U.S.C. § 1367.

3. Venue in the United States District Court for the District of Connecticut is proper pursuant to 28 U.S.C. § 1391.

4. The plaintiff is an adult citizen of the United States who resides at 85 West Dayton Hill Rd., in Wallingford, Connecticut and this is one of many times that the Wallingford Police Department has violated his Constitutional rights, in what can only be described as a vendetta against me.

5. The defendants are the officers of the Wallingford Police Department. They are sued only in their individual capacity. In addition, Town of Wallingford is sued in its corporate capacity for the conduct of its sworn officers.

6. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

7. On December 3, 2023 a report of burglary was made to the Wallingford Police Department of approximately $70,000[1] in precious metals and $7,000 in cash was removed from the plaintiff's residence and Mercedes Benz Sprinter Van located at 85 W. Dayton Hill Road, Wallingford.

8. A case incident report #CFS 2300036999 was opened.

9. Credible evidence was given to the Wallingford Police Department that the crime was perpetrated by Doug Cone and an accomplice. Doug Cone is an experienced master mechanic who has worked on many of my vehicles. Evidence was provided to the Wallingford Police that the battery inside the Sprinter van was tampered with, signs that only a master mechanic would be able to perpetrate. The Plaintiff repeatedly called the investigating officer to present this evidence, and his name, image and likeness never made it into the final report.

10. Doug Cone's brother was a past officer of the Wallingford Police Department. Mr. Cone's accomplice has a mental disability who Mr. Cone took advantage of in planning the home break-in.

---

[1] Gold prices in December of 2023 were $2071/ troy oz. Today's market price for gold is approximately $4,225 / troy oz.

11. The investigation by the Wallingford Police officer defendants was limited to Mr. Cone's accomplice to the exclusion of the criminal mastermind Doug Cone.

12. The criminal investigation was inadequate because:

    a. Doug Cone's brother was a member of the Wallingford Police Department and to whom no Defendant would present evidence against or seek an arrest warrant against the family member of a fellow officer.

    b. The Wallingford Police Department desired to hurt the plaintiff financially for his past federal lawsuits filed against its officers including Stancuna v. Haberski, Civ. No. 3:07-cv-770 (JBA); Stancuna v. Fratallenico, Civ. No. 3:07-cv-981 (AWT); Stancuna v. Iovene, Civ. No. 3:08-cv-30 (JBA); Stancuna v. Sacharko, Civ., No. 3:09-cv-75 (AWT) and Stancuna v. DeMaio.

13. The actions/ inactions with respect to investigating this crime was made for the purpose of retaliating against the plaintiff for having filed the above-described lawsuits against the defendant and its officers. Additional motivation was to protect the good character and prevent a criminal case against Doug Cone, brother to an officer of the police department.

14. In the manner described above, the defendants, acting under color of law, chilled the investigation against Doug Cone, and retaliated against the plaintiff for exercising his First Amendment Right of access to the town law enforcement departments to make a criminal complaint and ultimately the courts to prosecute the criminals where the plaintiff would likely receive an order of restitution against the criminals including Doug Cone. In the manner described above, the defendants violated the plaintiff's constitutional rights secured by the First and

Fourteenth Amendments to the US Constitution as enforced through Sections 1983 and 1988 of Title 42 of the US Code.

15. As a result of the retaliation the plaintiff's good character was defamed, he was prevented from access to the courts to presenting his case in court to receiving an order of restitution from the true criminal and he suffered financial loss.

### SECOND COUNT: (VIOLATIONS OF EQUAL PROTECTION)

1-15.   Paragraphs 1-15 of the first court are re-alleged as paragraphs 1-15 of the Second Count.

16. In the manner described above, the defendants, acting under color of law, did not apply equal protection of the criminal statutes to the plaintiff as opposed to other Wallingford citizens, who was making a criminal complaint as recorded in CFS 2300036999 in violation of the Federal and State Constitutions.

17. In the manner described above, the defendants, acting under color of law, did not provide due process of the criminal law as opposed to other Wallingford citizens, which prevented the filing of criminal charges against the true criminals and prevented the plaintiff from receiving an order of restitution.

18. As a result of the defendants' equal protection violations, plaintiff's good character was defamed, he was prevented from presenting his case in court to receiving an order of restitution from the true criminals and he suffered financial loss.

THIRD COUNT: (CIVIL CONSPIRACY)

1-18.     Paragraphs 1-18 of the Second count are re-alleged as paragraphs 1-18 of the Third Count.

19. The defendants entered into an agreement with other Wallingford police officers who participated in the criminal investigation and those officers who were named defendants in prior Federal law suits alleging violation of plaintiff's constitutional rights to retaliate against the plaintiff for exercising his First Amendment Right of access to the courts and to failing to treat the plaintiff with equal protections of the Fourteenth Amendment, of equal protection of the laws and due process to properly investigate the criminal complaint to ultimately prevent the plaintiff's access to the courts to obtain a restitution order against the criminals, including Doug Cone. Thereafter the defendants and the Wallingford police officers who participated in the subject criminal investigation furthered the conspiracy against the plaintiff when they acted in concert to:

- a) Allow Doug Cone to escape any criminal investigation because he was a family member to another town police officer;
- b) Prevent the plaintiff's timely access to the courts to stigmatize and defame the plaintiff's character and good standing within the community and to make the plaintiff suffer great financial loss;
- c) Prolong the timely investigation of the criminal action to allow the statute of limitations to expire, relieving Doug Cone against further

      criminal prosecution and ultimately a restitution order to the plaintiff for his financial loss;

20. As a result of the defendant's retaliation, violations of equal protection and participation in a civil conspiracy against the plaintiff, the plaintiff's good character was defamed and he was he was prevented from presenting his case in court to receiving an order of restitution from the true criminals and he suffered financial loss.

Wherefore, the plaintiff claims judgment against the defendant pursuant to Sections 1983 and 1988 of Title 42 of the United States Code, violation of the State and Federal Constitution, for $350,000 in compensatory damages, $2,000,000 in punitive damages, attorney fees and costs and any other relief permitted by law. Plaintiff requests a trial by Jury.

Please enter the appearance of:

      PLAINTIFF,
      **VERNON STANCUNA**

      */s/*

      85 West Dayton Hill Rd
      Wallingford, CT 06492